**RICHARD A. HARRIS**, ESQ.
Nevada State Bar No. 505
**JOSHUA R. HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: rick@richardharrislaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RONALD SCOTT BEATTY,

Plaintiff,

v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 2:13-cv-1092-APG-GWF

STIPULATED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR REMAND/REVERSAL (FIRST REQUEST)

---

Comes now Plaintiff, by and through his attorney, JOSHUA R. HARRIS, ESQ., requesting a THIRTY (30) day extension of time, to file **Plaintiff's Reply to Defendant's Response**.

Plaintiff's current deadline for this brief is May 23, 2014. Opposing Counsel has no objection to this request for an extension, and has stipulated to this filing by email.

The extension is necessary because the Harris firm's appellate contract associate, attorney Linda Ziskin, very recently experienced the death of her mother. She would appreciate having some time for bereavement, and to catch up with delayed work while she was out of town. It is therefore respectfully requested that Plaintiff be granted a 30 day extension of time to file the **Reply to Defendant's Response to Plaintiff's Motion for Remand and/or Reversal,** up to and including June 23, 2014.

DATED this 14th day of May, 2014.

/s/ *Joshua R. Harris*
**Joshua R. Harris**
Nevada State Bar No. 9580
Ph: (702) 444-4392
　Of Attorneys for Plaintiff

/s/ Heather M. Moss (signed by email authorization)
**Heather M. Moss**
Assistant Regional Counsel
Office of the General Counsel, Region IX
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8826
heather.moss@ssa.gov

**IT IS SO ORDERED.**

_____
United States Magistrate Judge
DATED: 5/19/2014