DANIEL G. BOGDEN, NVBN 2137
United States Attorney
JEFFREY CHEN, CSBN 260516
Assistant Regional Counsel
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone:  415-977-8939
    Fax:  415-744-0134
    Jeffrey.Chen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**LAS VEGAS DIVISION**

| | |
|---|---|
| RONALD SCOTT BEATTY,<br><br>    Plaintiff,<br>  vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>    Defendant. | Case No.  2:13-cv-01092-RFB-GWF<br><br>MOTION TO EXTEND TIME TO RESUBMIT THE CERTIFIED ADMINISTRATIVE RECORD |

On December 30, 2015, the Court issued a Minute Order requiring the Defendant to resubmit a certified copy of the Administrative record by January 6, 2016.  Defendant has complied as quickly as practicable in requesting that a new digital copy of the certified administrative record be prepared by the agency.  However, the time needed to reassemble, certify, and deliver the record to the Nevada U.S. Attorney's Office unfortunately exceeds the Court's deadline.  Defendant respectfully requests a seven (7) day extension of time to prepare and resubmit the certified administrative record.

On January 6, 2016, the undersigned called Plaintiff's counsel, Richard A. Harris, but was unable to reach him in person.  The undersigned left a voice message explaining the nature and substance of this motion.

The new due date for Defendant's to file the certified administrative record will be Wednesday, January 13, 2016

                                    Respectfully submitted,

Date: January 6, 2016           DANIEL G. BOGDEN
                                    United States Attorney

                         By:   */s/ Jeffrey Chen*
                                JEFFREY CHEN
                                Assistant Regional Counsel

                                Attorneys for Defendant

## ORDER

The Court, having considered Defendant's extension motion, finds that good cause exists for granting the same.

IT IS THEREFORE ORDERED that Defendant's time to resubmit the certified administrative record be extended to Wednesday, January 13, 2016.

Dated:  January 11, 2016.                      _____
                                          HON. RICHARD F. BOULWARE, II
                                          United States District Judge