AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Ronald Scott Beatty

Plaintiff,

v.

Acting Commissioner of Social Security

Defendant.

Attorney's Fees

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-1092-RFB-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

That judgment is entered in favor of Plaintiff in the amount of $8,200.00 pursuant to Order #44

February 28, 2017

Date

/s/ Debra K. Kempi

Clerk

/s/ Justin Matott

(By) Deputy Clerk