# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Ronald Scott Beatty

          Plaintiff,

v.

Commissioner of Social Security Administration

          Defendant.

Attorney Fees

JUDGMENT IN A CIVIL CASE

Case Number: 2:13-cv-1092-RFB-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment for Attorney Fees in the amount of $25,643.75 shall be awarded to Plaintiff's Attorney Richard A. Harris

| March 28, 2018 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |
| | /s/ J. Matott |
| | Deputy Clerk |